J. Stephen Peek, Esq. (Nevada Bar No. 1758)
Brad M. Johnston, Esq. (Nevada Bar No. 8515)
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Charles K. Verhoeven, Esq.
Amy H. Candido, Esq.
R. Tulloss Delk, Esq.
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff and Counterdefendant Bally Gaming, Inc.
and Third Party Defendant Sierra Design Group

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>    Plaintiff and Counterdefendant,<br><br>    vs.<br><br>IGT, a Nevada corporation,<br><br>    Defendant and Counterclaimant. | **Case No.** 3:06-CV-0483-ECR (RAM)<br><br>**REQUEST TO FILE DOCUMENTS UNDER SEAL AND              ORDER** |
| IGT, a Nevada corporation,<br><br>    Third Party Plaintiff,<br><br>    vs.<br><br>SIERRA DESIGN GROUP, a Nevada corporation,<br><br>    Third Party Defendant. | |

51134/2366833.1

Case No. CV-S-06-0483-ECR-(RAM)
REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER

# REQUEST TO FILE UNDER SEAL

Plaintiff Bally Gaming Inc. ("Bally") respectfully requests the Court allow Bally to file under seal the following documents:

- Plaintiff Bally Gaming, Inc.'s Opposition to IGT's Motion for Temporary Stay of Discovery; and

- The Declaration of Amy H. Candido in Support of Plaintiff Bally Gaming, Inc.'s Opposition to IGT's Motion for Temporary Stay of Discovery.

The Stipulated Protective Order Regarding Confidential and Privileged Information provides that, "To the extent that any Confidential or Highly Confidential Information is contained in, incorporated in, reflected in, described in, or attached to any document submitted to the Court, counsel shall file that submission under seal." (See Docket Entry No. 54 at ¶ 12.) The Order defines "Confidential" material as any information that the designating party has a good faith belief to be non-public. "Highly Confidential" material is any information that the designating party has a good faith belief to be proprietary information, trade secrets, or other highly sensitive commercial or competitive information. (See id. at ¶¶ 3-4.)

For the foregoing reasons, Bally respectfully requests the Court to order that the aforementioned documents, along with all exhibits, shall be maintained under seal.

51134/2366833.1

1  Case No. CV-S-06-0483-ECR-(RAM)
REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER

Dated: January 28, 2008

/s/
J. Stephen Peek, Esq.
Brad M. Johnston, Esq.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Charles K. Verhoeven, Esq.
Amy H. Candido, Esq.
R. Tulloss Delk, Esq.
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff and
Counterdefendant Bally Gaming, Inc. and
Third Party Defendant Sierra Design
Group.

IT IS SO ORDERED

Dated: January 29, 2008.

Hon. Robert A. McQuaid, Jr.
United States Magistrate Judge