John K. Gallagher (Nevada Bar No. 00956)
GUILD, RUSSELL, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
Reno, Nevada 89501
Telephone: (775) 786-2366
Facsimile: (775) 322-9105
jgallagher@grgflaw.com

Robert G. Krupka, P.C.
Marc H. Cohen
Brian G. Arnold
Lindsay D. Casamassima
Richard T. Jackson
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff IGT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   vs.<br><br>IGT, a Nevada corporation,<br><br>   Defendant and Counterclaim Plaintiff.<br><br>IGT, a Nevada corporation,<br><br>   Third-Party Plaintiff,<br><br>   vs.<br><br>SIERRA DESIGN GROUP, a Nevada corporation,<br><br>   Third-Party Defendant. | CASE NO. 3:06-CV-00483-ECR-(RAM)<br><br>**REQUEST TO FILE DOCUMENTS UNDER SEAL AND                ORDER** |

**REQUEST TO FILE DOCUMENTS
UNDER SEAL AND [PROPOSED] ORDER**

## REQUEST TO FILE UNDER SEAL

Defendant, Counterclaim Plaintiff and Third-Party Plaintiff IGT ("IGT") respectfully requests that the Court allow IGT to file under seal the following documents:

- IGT's Opposition to Bally's Emergency Motion to Strike New Material from IGT's Reply in Support of IGT's Amended Motion for Summary Judgment; and
- Confidential Declaration of Lindsay D. Casamassima in Support of IGT's Opposition to Bally's Emergency Motion to Strike New Material from IGT's Reply in Support of IGT's Amended Motion for Summary Judgment, and attached exhibits.

The Stipulated Protective Order Regarding Confidential and Privileged Information provides that, "To the extent that any Confidential or Highly Confidential Information is contained in, incorporated in, reflected in, described in, or attached to any document submitted to the Court, counsel shall file that submission under seal." (See Docket No. 54 at ¶ 12.) The Order defines "Confidential" material as any information that the designating party has a good faith belief to be non-public. "Highly Confidential" material is any information that the designating party has a good faith belief to be proprietary information, trade secrets, or other highly sensitive commercial or competitive information. (See id. at ¶¶ 3-4.)

-1-

REQUEST TO FILE DOCUMENTS
UNDER SEAL AND [PROPOSED] ORDER

1  For the foregoing reasons, IGT respectfully requests the Court to order that the
2  aforementioned documents, along with all exhibits, shall be maintained under seal.

3  DATED: March 3, 2008　　　　　　　　　KIRKLAND & ELLIS LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Lindsay D. Casamassima

　　　　　　　　　　　　　　　　　　　　Robert G. Krupka, P.C.
　　　　　　　　　　　　　　　　　　　　Marc H. Cohen
　　　　　　　　　　　　　　　　　　　　Brian G. Arnold
　　　　　　　　　　　　　　　　　　　　Lindsay D. Casamassima
　　　　　　　　　　　　　　　　　　　　Richard T. Jackson
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　777 S. Figueroa Street
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017
　　　　　　　　　　　　　　　　　　　　Telephone: (213) 680-8400
　　　　　　　　　　　　　　　　　　　　Facsimile: (213) 680-8500

　　　　　　　　　　　　　　　　　　　　John K. Gallagher (Nevada Bar No. 00956)
　　　　　　　　　　　　　　　　　　　　GUILD, RUSSELL, GALLAGHER & FULLER, LTD.
　　　　　　　　　　　　　　　　　　　　100 West Liberty Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Reno, Nevada 89501
　　　　　　　　　　　　　　　　　　　　Telephone: (775) 786-2366
　　　　　　　　　　　　　　　　　　　　Facsimile: (775) 322-9105
　　　　　　　　　　　　　　　　　　　　jgallagher@grgflaw.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, Counterclaim Plaintiff and
　　　　　　　　　　　　　　　　　　　　Third-Party Plaintiff IGT, a Nevada corporation

IT IS SO ORDERED

Dated: March 4 ____, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Robert A. McQuaid, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

-2-　　　　　　　　　　　　　　　　　REQUEST TO FILE DOCUMENTS
　　　　　　　　　　　　　　　　　　　UNDER SEAL AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | **Certificate Of Service** |
| 2 | The undersigned hereby certifies that the foregoing document entitled **REQUEST TO FILE** |
| 3 | **DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER**, was filed electronically in |
| 4 | compliance with Local Rule 5-3. As such, this notice was served on all counsel who have consented |
| 5 | to electronic service pursuant to Local Rule 5-4. Pursuant to Fed. R. Civ. P. 5 (b)(2)(A) and Local |
| 6 | Rule 5-4, all other counsel of record not deemed to have consented to electronic service were served |
| 7 | with a true and correct copy of the foregoing by First Class U.S. Mail on March 3, 2008. |
| 8 | |
| 9 | /s/ Lindsay D. Casamassima<br>Lindsay D. Casamassima |

-3-

REQUEST TO FILE DOCUMENTS
UNDER SEAL AND [PROPOSED] ORDER