1   J. Stephen Peek, Esq. (Nevada Bar No. 1758)
    Brad M. Johnston, Esq. (Nevada Bar No. 8515)
2   Hale Lane Peek Dennison and Howard
    5441 Kietzke Lane, Second Floor
3   Reno, Nevada 89511
    Telephone:  (775) 327-3000
4   Facsimile:  (775) 786-6179

5   Charles K. Verhoeven, Esq.
    Amy H. Candido, Esq.
6   R. Tulloss Delk, Esq.
    QUINN EMANUEL URQUHART
7     OLIVER & HEDGES, LLP
    50 California Street, 22nd Floor
8   San Francisco, California 94111
    Telephone: (415) 875-6600
9   Facsimile: (415) 875-6700

10  Attorneys for Plaintiff and Counterdefendant Bally Gaming, Inc.
    and Third Party Defendant Sierra Design Group

11

12                  UNITED STATES DISTRICT COURT

13                       DISTRICT OF NEVADA

14

15  BALLY GAMING, INC., a Nevada corporation          **Case No.** 3:06-CV-0483-ECR (RAM)
    d/b/a BALLY TECHNOLOGIES,
16                                                     **REQUEST TO FILE DOCUMENTS UNDER
                  Plaintiff and Counterdefendant,       SEAL AND |              ORDER**
17
           vs.
18
    IGT, a Nevada corporation,
19
                  Defendant and Counterclaimant.
20
    ───────────────────────────────────────
21  IGT, a Nevada corporation,

22                Third Party Plaintiff,

23         vs.

24  SIERRA DESIGN GROUP, a Nevada
    corporation,
25
                  Third Party Defendant.
26

27

28

51134/2366833.1                                        Case No. CV-S-06-0483-ECR-(RAM)

                   REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER

1

## <u>REQUEST TO FILE UNDER SEAL</u>

2

3          Plaintiff Bally Gaming Inc. ("Bally") respectfully requests the Court allow Bally to file

4  under seal the following documents:

5      •    Sur-Reply in Support of Bally's Opposition to IGT's Amended Motion for
            Summary Judgment that the '916 Patent Is Invalid Based on the Prior Art "Topsy
6           Turvy" Machine;

7      •    Confidential Declaration of William Patrick Miller in Support of Sur-Reply; and

8      •    Confidential Declaration of Todd Kennedy in Support of Sur-Reply

9          The Stipulated Protective Order Regarding Confidential and Privileged Information

10  provides that, "To the extent that any Confidential or Highly Confidential Information is contained

11  in, incorporated in, reflected in, described in, or attached to any document submitted to the Court,

12  counsel shall file that submission under seal."  (<u>See</u> Docket Entry No. 54 at ¶ 12.)  The Order

13  defines "Confidential" material as any information that the designating party has a good faith

14  belief to be non-public.  "Highly Confidential" material is any information that the designating

15  party has a good faith belief to be proprietary information, trade secrets, or other highly sensitive

16  commercial or competitive information.  (<u>See</u> <u>id.</u> at ¶¶ 3-4.)

17          For the foregoing reasons, Bally respectfully requests the Court to order that the

18  aforementioned documents, along with all exhibits, shall be maintained under seal.

19

20

21

22

23

24

25

26

27

28

51134/2366833.1

1                                    Case No. CV-S-06-0483-ECR-(RAM)

REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER

Dated:  May 5, 2008

/s/
J. Stephen Peek, Esq.
Brad M. Johnston, Esq.
Hale Lane Peek Dennison and Howard
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone:  (775) 327-3000
Facsimile:  (775) 786-6179

Charles K. Verhoeven, Esq.
Amy H. Candido, Esq.
R. Tulloss Delk, Esq.
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff and
Counterdefendant Bally Gaming, Inc. and
Third Party Defendant Sierra Design
Group.

IT IS SO ORDERED

Dated:    May 6, 2008.

_____
Hon. Robert A. McQuaid, Jr.
United States Magistrate Judge

2                      Case No. CV-S-06-0483-ECR-(RAM)
REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER