John K. Gallagher (Nevada Bar No. 00956)
GUILD, RUSSELL, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
Reno, Nevada 89501
Telephone: (775) 786-2366
Facsimile: (775) 322-9105
jgallagher@grgflaw.com

Robert G. Krupka, P.C.
Marc H. Cohen
Brian G. Arnold
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant and Counterclaimant, IGT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>    Plaintiff,<br><br>vs.<br><br>IGT, a Nevada corporation,<br><br>    Defendant.<br><hr>IGT, a Nevada corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>    Counterdefendant. | CASE NO. 3:06-CV-00483-ECR-(RAM)<br><br>**DEFENDANT IGT'S REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER** |

## REQUEST TO FILE UNDER SEAL

Defendant, Counterclaim Plaintiff and Third-Party Plaintiff IGT ("IGT") respectfully requests that the Court allow IGT to file the following documents under seal:

- IGT's Motion for Leave to Amend Its Second Amended Answer, Counterclaims and Third-Party Complaint (the "Motion"); and the accompanying Memorandum of Points and Authorities in Support of the Motion;

- Defendant IGT's [Proposed] Second Amended Answer to Plaintiff Bally's Complaint for Patent Infringement; Third Amended Counterclaims for Declaratory Judgment of Non-Infringement, Invalidity, Unenforceability and Rights Under Purchase Agreement, and Breach of Contract; and Amended Third-Party Complaint for Declaratory Judgment of Rights Under Purchase Agreement and Breach of Contract, attached as Exhibit A to the Motion; and

- Confidential Declaration of Marc H. Cohen in Support of the Motion, and attached exhibits.

The Stipulated Protective Order Regarding Confidential and Privileged Information provides that, "To the extent that any Confidential or Highly Confidential Information is contained in, incorporated in, reflected in, described in, or attached to any document submitted to the Court, counsel shall file that submission under seal." *See* Docket No. 54 at ¶ 12. The Order defines "Confidential" material as any information that the designating party has a good faith belief to be non-public. "Highly Confidential" material is any information that the designating party has a good faith belief to be proprietary information, trade secrets, or highly sensitive commercial or competitive information. *See id.* at ¶¶ 3-4. The exhibits attached to Motion and the Declaration of Marc H. Cohen contain Confidential and Highly Confidential information.

|  |  |
|---|---|
| 1 | Based on the foregoing, IGT respectfully requests that this Court order the aforementioned documents, along with all exhibits, to be maintained under seal. |

DATED: May 27, 2008                KIRKLAND & ELLIS LLP


By:_____/s/_____

Robert G. Krupka, P.C.
Marc H. Cohen
Brian G. Arnold
KIRKLAND & ELLIS LLP
777 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

John K. Gallagher (Nevada Bar No. 00956)
GUILD, RUSSELL, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
Reno, Nevada 89501
Telephone: (775) 786-2366
Facsimile: (775) 322-9105
jgallagher@grgflaw.com

Attorneys for Defendant and Counterclaimant
IGT, a Nevada corporation

IT IS SO ORDERED.

Dated: May 28 _____, 2008.

_____
Hon. Robert A. McQuaid, Jr.
United States Magistrate Judge

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | The undersigned hereby certifies that the foregoing document entitled **IGT'S REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER** was filed electronically in compliance with Local Rule 5-3.  As such, this notice was served on all counsel who have consented to electronic service pursuant to Local Rule 5-4.  Pursuant to Fed. R. Civ. P. 5 (b)(2)(A) and Local Rule 5-4, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class U.S. Mail on May 27, 2008. |

                                                  /s/
                                        Linda C. Bassett