John K. Gallagher (Nevada Bar No. 00956)
GUILD, RUSSELL, GALLAGHER & FULLER, LTD.
100 West Liberty Street, Suite 800
Reno, Nevada 89501
Telephone: (775) 786-2366
Facsimile: (775) 322-9105
jgallagher@grgflaw.com

Robert G. Krupka, P.C.
Marc H. Cohen
Brian G. Arnold
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant and Counterclaimant, IGT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>        Plaintiff,<br><br> vs.<br><br>IGT, a Nevada corporation,<br><br>        Defendant.<br><hr><br>IGT, a Nevada corporation,<br><br>        Counterclaimant,<br><br> vs.<br><br>BALLY GAMING, INC., a Nevada corporation d/b/a BALLY TECHNOLOGIES,<br><br>        Counterdefendant.<br><hr> | CASE NO. 3:06-CV-00483-ECR-(RAM)<br><br>**DEFENDANT IGT'S REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER** |

## REQUEST TO FILE UNDER SEAL

Defendant, Counterclaimant Plaintiff and Third-Party Plaintiff IGT ("IGT") respectfully requests that the Court allow IGT to file the following documents under seal:

- Defendant IGT's Reply in Support of Its Motion for Leave to Amend Its Second Amended Answer, Counterclaims and Third-Party Complaint.

The Stipulated Protective Order Regarding Confidential and Privileged Information provides that, "To the extent that any Confidential or Highly Confidential Information is contained in, incorporated in, reflected in, described in, or attached to any document submitted to the Court, counsel shall file that submission under seal." *See* Docket No. 54 at ¶ 12. The Order defines "Confidential" material as any information that the designating party has a good faith belief to be non-public. "Highly Confidential" material is any information that the designating party has a good faith belief to be proprietary information, trade secrets, or highly sensitive commercial or competitive information. *See id.* at ¶¶ 3-4.

Based on the foregoing, IGT respectfully requests that this Court order the aforementioned document to be maintained under seal.

IGT'S Request to File Documents Under Seal and [Proposed] Order

| | | |
|---|---|---|
| 1 | DATED: June 24, 2008 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Robert G. Krupka, P.C. |
|   | | Marc H. Cohen |
| 5 | | Brian G. Arnold |
|   | | KIRKLAND & ELLIS LLP |
| 6 | | 777 S. Figueroa Street |
|   | | Los Angeles, California 90017 |
| 7 | | Telephone: (213) 680-8400 |
|   | | Facsimile: (213) 680-8500 |
| 8 | | |
| 9 | | John K. Gallagher (Nevada Bar No. 00956) |
|   | | GUILD, RUSSELL, GALLAGHER & FULLER, LTD. |
| 10 | | 100 West Liberty Street, Suite 800 |
|    | | Reno, Nevada 89501 |
| 11 | | Telephone: (775) 786-2366 |
|    | | Facsimile: (775) 322-9105 |
| 12 | | jgallagher@grgflaw.com |
| 13 | | Attorneys for Defendant and Counterclaimant |
|    | | IGT, a Nevada corporation |

IT IS SO ORDERED.

Dated: __June 24__, 2008.

_____
Hon. Robert A. McQuaid, Jr.
United States Magistrate Judge

-3-   IGT'S Request to File Documents Under Seal and [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document entitled **IGT'S REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER** was filed electronically in compliance with Local Rule 5-3.  As such, this notice was served on all counsel who have consented to electronic service pursuant to Local Rule 5-4.  Pursuant to Fed. R. Civ. P. 5 (b)(2)(A) and Local Rule 5-4, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class U.S. Mail on June 24, 2008.

                                                  _____/s/_____
                                                  Linda C. Bassett