AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

BALLY GAMING, INC., a Nevada corporation d/b/a/ BALLY TECHNOLOGIES,

      Plaintiff,

V.

IGT, a Nevada corporation,

      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00483-ECR-RAM**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** : On September 9, 2008, this Court issued an Order (#332) granting summary judgment in favor of Defendant IGT and against Plaintiff Bally Gaming, Inc. on the issue of the invalidity of the '916 patent.

The parties have stipulated that the several remaining pendent state law claims, namely, Defendant IGT's Fourth, Fifth, and Sixth Counterclaims in IGT's Second Amended Answer, Counterclaims, and Third-Party Complaint (#64) be dismissed without prejudice. The Court has approved the stipulation (#336).

   October 3, 2008                           **LANCE S. WILSON**
                                                             Clerk

                                                              D. R. Morgan
                                                             Deputy Clerk